IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Case No. 05-cv-01268-MSK

STROH RANCH DEVELOPMENT, LLC,
a Colorado limited liability company and SDI, INC., a
Colorado corporation,

       Plaintiffs,

v.

PIVOTAL GROUP, INC., et al

       Defendants.

**ORDER OF RECUSAL**

THIS MATTER arises *sua sponte*. The undersigned finds that grounds exist pursuant to 28 U.S.C. § 455 and the CODE OF CONDUCT FOR UNITED STATES JUDGES which require her recusal in this matter. In particular, the undersigned provided a recent letter of professional reference for Plaintiff's counsel. Accordingly, it is

**ORDERED** that the undersigned judge hereby recuses herself from hearing this matter.

The Clerk shall randomly reassign this case to another judge of this Court and shall appropriately adjust the "draw" of future cases.

Dated this 13th day of July, 2005.

**BY THE COURT:**

_____

Marcia S. Krieger
United States District Judge