IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  05-cv-01268-RPM

STROH RANCH DEVELOPMENT, LLC,
a Colorado limited liability company and
SDI, INC., a Colorado corporation,

        Plaintiffs,

v.

PIVOTAL GROUP, INC., an Arizona coporation,
PIVOTAL PARKER INVESTMENTS, LLC,
a Delaware limited liability company,
PIVOTAL COLORADO II, LLC,
a Delaware limited liability company,
SCOTT SELDIN-BROADWAY, LLC,
a Delaware limited liability company,
SDM-BROADWAY, LLC,
a Delaware limited diability company,
KCI-BROADWAY, LLC,
a Delaware limited liability company,
BELMONT-BROADWAY, LLC,
a Delaware limited liability company and
BELMONT INVESTMENTS, LLC,
an Arizona limited liability company,

        Defendants.

---

ORDER SETTING SCHEDULING CONFERENCE

---

Pursuant to D.C.COLO.LCivR 16.2A and 29.1, it is

ORDERED that a scheduling conference will be held on **September 8, 2005, at 2:30 p.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 18th and Stout Streets, Denver, Colorado.  Counsel are directed to comply with the Instructions for Preparation of Scheduling Order which may be found at the Court's

website at **www.co.uscourts.gov/judges-frame.htm** and use the format provided with those instructions. Proposed orders are to be sent to Chambers E-mail address, **Matsch_Chambers@cod.uscourts.gov.**

    Dated: July 15th, 2005

                          BY THE COURT:

                          s/Richard P. Matsch

                          _____
                          Richard P. Matsch, Senior District Judge