IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  05-cv-01268-RPM

STROH RANCH DEVELOPMENT, LLC,
a Colorado limited liability company and
SDI, INC., a Colorado corporation,

        Plaintiffs,

v.

PIVOTAL GROUP, INC., an Arizona coporation,
PIVOTAL PARKER INVESTMENTS, LLC,
a Delaware limited liability company,
PIVOTAL COLORADO II, LLC,
a Delaware limited liability company,
SCOTT SELDIN-BROADWAY, LLC,
a Delaware limited liability company,
SDM-BROADWAY, LLC,
a Delaware limited diability company,
KCI-BROADWAY, LLC,
a Delaware limited liability company,
BELMONT-BROADWAY, LLC,
a Delaware limited liability company and
BELMONT INVESTMENTS, LLC,
an Arizona limited liability company,

        Defendants.

## ORDER OF REMAND

Pursuant to the plaintiffs' motion for remand, filed July 20, 2005, and upon review of the notice of removal, filed July 8, 2005, and upon the finding and conclusion that the notice of removal is deficient in that it does not adequately allege diversity jurisdiction and that it has not been joined by other defendants who were served prior to the filing of the notice of removal, it is

ORDERED that this civil action is remanded to the District Court, County of Douglas, Colorado.

Dated: July 21st, 2005

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge